## Superseding Indictment Synopsis

| | |
|---|---|
| **Name:** | Sandy River Properties, LLC |
| **Registered Agent:** (City & State Only) | Robert Raftice, Jr., Esq. South Portland, Maine |
| **Violations:** | Count 7: Maintaining a Drug Involved Premises (21 U.S.C. § 856(a)(1)) |
| **Penalties:** | Count 7: Probation of not less than one year and not more than five years (18 U.S.C. § 3561(c)(1), a fine not to exceed $2,000,000 (21 U.S.C. § 856(b)), or both. |
| **Defendant's Attorney:** | Eric Postow, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA, SA Robert Brooks IRS, SA Joseph Durak |
| **County:** | Franklin |
| **AUSAs:** | Noah Falk and Andrew MacCormack |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $400 per count (18 U.S.C. § 3013(a)(2)(B)) |